UNITED STATES v. MAHONEY. (Circuit Court of Appeals, Sixth Circuit. October 5, 1892.) No. 43. In Error to the District Court of the United States for the District of Kentucky. George W. Jolly, U. S. Atty., Samuel McKee, and D. H. Smith, for appellee. Dismissed on motion of appellee.

ZIMMERMANN v. MASONIC AID ASS'N OF DAKOTA. (Circuit Court of Appeals, Eighth Circuit. December 6, 1898.) No. 845. In Error to the Circuit Court of the United States for the District of Nebraska. Charles Ogden, for plaintiff in error. R. S. Hall and J. H. McCulloch, for defendant in error. Dismissed for failure of appellant to print record, pursuant to the twenty-third rule, on motion of counsel for appellee. See 75 Fed. 236.